STATE OF NEW JERSEY v. MICHAEL T. FLYNN.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFONSO MCCLAIN.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BRADFORD S. APPLETON.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHNNY RODRIGUEZ.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY POWELL.

July 11, 1986.

Petition for certification denied.